STATE of Missouri, Plaintiff/Respondent,

v.

Jerome BROWNRIDGE, Defendant/Appellant.

No. 71495.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 25, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his conviction of second degree burglary and felony stealing. He was sentenced as a prior and persistent offender to two concurrent terms of fifteen years imprisonment.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).